IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

**PLAINTIFF,**

**Jordan Krueger**,

V.

CASE No. 10-6024-CV-SJ-HFS

**DEFENDANTS,**

**Goldberg Sullivan McCrerey Inc**.,
**Lawrence Goldberg** ,
**Clifford Sullivan,**
**Joyce McCrerey** ,

## ORDER

The parties have filed a stipulation for dismissal with prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that defendants' motion to strike (ECF doc. 14); motion to dismiss (ECF doc. 15); and amended motion to strike (ECF doc. 17) are DENIED as moot. It is further

ORDERED that plaintiff's motion to strike (ECF doc. 19) is DENIED as moot.

                                              /s/ Howard F. Sachs
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

September  2 , 2010

Kansas City, Missouri